✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 6 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-157-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| WILLIAM SPAHR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by William Spahr to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which William Spahr pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 11, 2023, through November 9, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 35-1, p. 5.

1    This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.
3    This Court finds no petitions are pending regarding the property named herein and
4  the time has expired for presenting such petitions.
5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States under Fed.
8  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1)
9  and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

   1. an AT&T cell phone with model number U705AA and IMEI number 865630040183163 (property).

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for William Spahr and all third parties.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

   DATED _March 26_, 2024.

                                              _____
                                              GLORIA M. NAVARRO
                                              UNITED STATES DISTRICT JUDGE